# UNITED STATES DISTRICT COURT
for the

District of <u>South Carolina</u>

| | |
|---|---|
| <u>Todd Lamar Moss</u><br>*Petitioner*<br>v.<br><br><u>David W Ogden, Deputy Attorney General</u><br><u>Department of Justice; Regan Pendleton, Assistant</u><br><u>US Attorney US Attorney's Office of Greenville;</u><br><u>David Plowden, Esq;</u><br>*Respondents* | )<br>)<br>) Civil Action No.    0:10-cv-424-HMH<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: <u>The petitioner, Todd Lamar Moss, shall take nothing of the respondents; David W Ogden, Regan Pendleton and David Plowden; as to the petition filed pursuant to 28 U.S.C. 1361 and this action is dismissed without prejudice.</u>

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ Decision by the Honorable Henry M Herlong, Jr., Senior United States District Judge, presiding, adopting the Report and Recommendations set forth by the Honorable Paige J. Gossett, United States Magistrate Judge which dismissed the petition without prejudice.

Date:    <u>April 20, 2010</u>                        *CLERK OF COURT*

                                                                         s/Jennifer Peterson

                                                                     *Signature of Clerk or Deputy Clerk*